### PARROTT v. STATE.
#### No. 25074.

Court of Criminal Appeals of Texas.
Jan. 3, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for theft of property under the value of fifty dollars, with a fine of $100.00 and ninety days in jail.

The record before us contains neither a statement of facts nor bill of exception. All proceedings appear regular and nothing is presented for review.

The judgment is affirmed.